Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MELVIN and J.L.**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**23ANDME, INC.**, a Delaware corporation,<br><br>*Defendant.* | Case No.: 3:24-cv-00487-SK<br><br>**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Plaintiffs David Melvin and J.L. submitted an administrative motion pursuant to Civil Local Rules 3-12(b) and 7-11(a) in *Santana, et al. v. 23andMe, Inc.*, No. 3:23-cv-05147-EMC (N.D. Cal) (the "*Santana* Action"), to consider whether this action should be related to the *Santana* Action. (*See Santana* dkt. 60.) The *Santana* Action was filed on October 9, 2023, and is currently pending before the Honorable Edward M. Chen. A copy of the filing is attached hereto as Exhibit A. This action and the *Santana* Action assert the same or substantially similar factual allegations against the same Defendant and seek relief to the same class including monetary damages, injunctive relief, and other equitable relief.

Respectfully Submitted,

**DAVID MELVIN** and **J.L.**, individually and on behalf of all others similarly situated,

Dated: January 26, 2024

By: /s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice* forthcoming)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice* forthcoming)
ewadescott@edelson.com
Michael Ovca (*pro hac vice* forthcoming)
movca@edelson.com
Emily Penkowski Perez (*pro hac vice* forthcoming)
epenkowski@edelson.com
Hannah P. Hilligoss (*pro hac vice* forthcoming)
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Putative Classes*