UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MELVIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>    Defendants. | Case No. 24-cv-00487-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT INTERIM LEADERSHIP WITHOUT PREJUDICE**<br><br>Docket No. 4 |

The Court has reviewed Plaintiff's motion to appoint interim leadership. The motion is **DENIED** without prejudice. The Court is not unsympathetic to Plaintiff's concerns. However, at this point, the Court is not persuaded that interim leadership is necessary. To the extent Plaintiff has raised concerns about sell-outs in mediation, the Court notes that any class action settlement would require approval of the Court. The Court also notes that, in Case No. C-23-5147 EMC, a hearing will soon be held on 23andMe's motion to stay pending the JPML's decision on transfer. That hearing will inform how the Court shall proceed with that case and the other related cases.

This order disposes of Docket No. 4.

**IT IS SO ORDERED**.

Dated: February 2, 2024

_____
EDWARD M. CHEN
United States District Judge