Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice* forthcoming)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice* forthcoming)
ewadescott@edelson.com
Michael Ovca (*pro hac vice* forthcoming)
movca@edelson.com
Emily E. Penkowski Perez (*pro hac vice* forthcoming)
epenkowski@edelson.com
Hannah Hilligoss (*pro hac vice* forthcoming)
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MELVIN and J.L., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 3:24-cv-00487-EMC<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that no other persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities aside from the undersigned, the proposed classes, and the proposed class counsel (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

1  a non-financial interest in that subject matter or in a party that could be substantially affected
2  by the outcome of this proceeding.

Respectfully submitted,

**DAVID MELVIN** and **J.L.**, individually and on behalf of all others similarly situated,

Dated: February 12, 2024     By: /s/ Rafey S. Balabanian
                                  *One of Plaintiffs' Attorneys*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice* forthcoming)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice* forthcoming)
ewadescott@edelson.com
Michael Ovca (*pro hac vice* forthcoming)
movca@edelson.com
Emily E. Penkowski Perez (*pro hac vice* forthcoming)
epenkowski@edelson.com
Hannah Hilligoss (*pro hac vice* forthcoming)
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*