1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID MELVIN and J.L, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME, INC.,<br><br>*Defendant*. | CASE NO.  3:24-cv-0487<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING 23ANDME, INC.'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT UNTIL AFTER CASE MANAGEMENT CONFERENCE** |

1 | Having reviewed Defendant 23andMe, Inc.'s ("23andMe") Administrative Motion to continue 23andMe's deadline to respond to Plaintiffs David Melvin and J.L's ("Plaintiffs") complaint to thirty (30) days after the Initial Case Management Conference, and good cause appearing, this Court hereby finds the following:

23andMe's deadline to respond to Plaintiffs' complaint is continued to 30 days after the Initial Case Management Conference is held in this matter.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Edward M. Chen
United States District Court Judge