| Attorney or Party without Attorney:<br>RAFEY S. BALABANIAN (SBN 315962)<br>EDELSON PC<br>150 CALIFORNIA STREET 18TH FLOOR<br>SAN FRANCISCO , CA 94111<br>  Telephone No: 415-212-9300<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>MELVIN V 23ANDME | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: DAVID MELVIN and J.L.<br>Defendant: 23ANDME, INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-cv-00487-EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST OF ALL DOCUMENTS SERVED; .

3. a. Party served:    23ANDME, INC., a Delaware corporation
   b. Person served:   Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Proces , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

5. I served the party:
   a. **by perso**nal **service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 30 2024 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Michael Powers                                    d. **The Fee** for Service was:   572.17
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

|  |  |
|---|---|
| 01/30/2024 | *Michael Powers* (signature) |
| (Date) | (Signature) |



PROOF OF SERVICE

10335650
(6063213)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: 3:24-cv-00487-EMC
MELVIN V. 23ANDME, INC.

# ATTACHMENT A

- SUMMONS
- CIVIL COVER SHEET
- CLASS ACTION COMPLAINT
- [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM LEADERSHIP OF CLASS ACTION
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
- MOTION TO APPOINT INTERIM LEADERSHIP OF CLASS ACTION
- DECLARATION IN SUPPORT OF MOTION TO APPOINT INTERIM LEADERSHIP OF CLASS ACTION X2 (J. ELI WADE-SCOTT, RAFEY S. BALABANIAN)
- NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- ORDER REASSIGNING CASE
- PROOF OF SERVICE VIA ELECTRONIC MAIL
- NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; GENERAL STANDING ORDER FOR CIVIL AND CRIMINAL CASES BEFORE JUDGE CHARLES R. BREYER
- CIVIL DOCKET
- GUIDELINES FOR CIVIL BENCH TRIALS BEFORE THE HONORABLE CHARLES R. BREYER
- GUIDELINES FOR CIVIL JURY TRIALS BEFORE JUDGE CHARLES R. BREYER
- NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR DISTRICT JUDGE CHARLES R. BREYER
- ECF REGISTRATION INFORMATION
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
- STANDING ORDER FOR ALL JUDGES
- JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER