Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice* pending)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice* pendng)
ewadescott@edelson.com
Michael Ovca (*pro hac vice* pending)
movca@edelson.com
Emily E. Penkowski Perez (*pro hac vice* pending)
epenkowski@edelson.com
Hannah Hilligoss (*pro hac vice* pending)
EDELSON PC
350 North LaSalle Street, 14th Floor,
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MELVIN and J.L., individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs,*<br>　　v.<br><br>23ANDME, INC., a Delaware corporation,<br><br>　　　　　*Defendant.* | Case No. 24-cv-00487-EMC<br><br>**CERTIFICATE OF SERVICE OF STANDING ORDERS** |

I, Austin Prather, declare and state as follows:

I am employed by the law firm of Edelson PC, located at 150 California Street, 18th Floor, San Francisco, CA 94111. My email address is aprather@edelson.com. I am over the age of 18 and am not a party to this action.

Pursuant to Judge Edward M. Chen's Civil Standing Order, on February 13, 2024, I served the below listed documents via email:

(1) "Civil Standing Order" for cases before Judge Chen;

(2) "Civil Standing Order on Discovery" for cases before Judge Chen; and

(3) "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement"

upon all counsel of record for Defendant 23andMe, Inc. in the above-captioned case:

> GREENBERG TRAURIG, LLP
> Ian C. Ballon (SBN 141819)
> Ballon@gtlaw.com
> 1900 University Avenue, 5th Floor
> East Palo Alto, California 94303
> Telephone: 650-328-8500
>
> Rebekah S. Guyon (SBN 291037)
> GuyonR@gtlaw.com
> 1840 Century Park East, Suite 1900
> Los Angeles, California 90067
> Telephone: 310-586-7700
>
> Kristin O'Carroll (SBN 312902)
> ocarrollk@gtlaw.com
> 101 Second Street, Suite 2200
> San Francisco, California 94105-3668
> Telephone: 415-655-1300
>
> *Attorneys for Defendant 23andMe, Inc.*

That same day, Ms. Guyon confirmed, in writing, that she would accept service of the Orders by email on behalf of Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2024, at San Francisco, California.


_____
Austin Prather


CERTIFICATE OF SERVICE OF STANDING ORDERS     3     CASE NO. 24-CV-487-EMC
