UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MELVIN and J.L.**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**23ANDME, INC.**, a Delaware corporation,<br><br>*Defendant.* | Case No. 24-cv-00487-EMC<br><br>**[PROPOSED] ORDER DENYING 23ANDME, INC.'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT UNTIL AFTER CASE MANAGEMENT CONFERENCE** |

Having reviewed Defendant 23andMe, Inc.'s ("23andMe") Administrative Motion to continue its deadline to respond to Plaintiffs David Melvin and J.L.'s Complaint, Plaintiffs' Response in Opposition to Defendant's Administrative Motion, and having considered all papers and arguments submitted,

IT IS HEREBY ORDERED THAT:

23andMe's Administrative Motion to Continue Deadline to Respond to Complaint Until After Case Management Conference is DENIED.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Edward M. Chen
United States District Court Judge