```
Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

(with other counsel list on Complaint)
```

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MELVIN and J.L.**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**23ANDME, INC.**, a Delaware corporation,<br><br>*Defendant.* | Case No. 24-cv-00487-EMC<br><br>**DECLARATION OF J. ELI WADE-SCOTT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

Pursuant to 18 U.S.C. § 1746, I, J. Eli Wade-Scott, declare as follows:

1. I am a partner at Edelson PC and I represent Plaintiffs David Melvin and J.L. in the above-captioned action. I am over the age of eighteen and am fully competent to make this Declaration. This Declaration is based upon my personal knowledge.

2. Attached as Exhibit 1-A to this Declaration is a true and accurate copy of a letter sent by Plaintiffs' counsel in the above-captioned action to counsel for 23andMe on February 14, 2024.

3. Attached as Exhibit 1-B to this Declaration are true and correct copies of e-mails exchanged between Plaintiffs' counsel and Defendant's counsel between January 19, 2024 and January 28, 2024. (Blank spaces reflect removal of quoted e-mails.)

4. Attached as Exhibit 1-C to this Declaration are true and correct copies of e-mails exchanged between Plaintiffs' counsel and Defendant's counsel between February 1, 2024 and February 11, 2024. (Blank spaces reflect removal for previously-quoted text.)

5. Attached as Exhibit 1-D to this Declaration are true and correct copies of e-mails exchanged between Plaintiffs' counsel and Defendant's counsel on February 15, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February, 2024, in Chicago, Illinois.

/s/ J. Eli Wade-Scott
J. Eli Wade-Scott