GREENBERG TRAURIG, LLP
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MELVIN and J.L, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>23ANDME, INC.,<br><br>    *Defendant*. | CASE NO.  3:23-cv-0487<br><br>Hon. Edward M. Chen<br><br>**SUPPLEMENTAL DECLARATION OF REBEKAH S. GUYON IN SUPPORT OF DEFENDANT 23ANDME, INC.'S [PROPOSED] REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT UNTIL AFTER CASE MANAGEMENT CONFERENCE PURSUANT TO LR 6(b) AND 7-11** |

SUPPLEMENTAL DECLARATION OF REBEKAH S. GUYON

## <u>SUPPLEMENTAL DECLARATION OF REBEKAH S. GUYON</u>

I, Rebekah S. Guyon, declare:

1.      I am an attorney licensed to practice law in California and before this Court and a shareholder with the law firm of Greenberg Traurig, LLP, counsel of record for Defendant 23andMe, Inc. ("Defendant" or "23andMe") in this action. This declaration is based on my personal knowledge, and if called upon to do so, I could and would testify competently thereto under oath.

2.      Attached hereto as Exhibit A is a true and correct copy of an e-mail correspondence that was sent by counsel for plaintiffs David Melvin and J.L. to me and other counsel for 23andMe after business hours on February 14, 2024.  This e-mail attaches the letter that was submitted to the Court as Exhibit 1-A to the Declaration of J. Eli Wade-Scott In Support of Opposition to Defendant's Motion for Extension of Time (ECF No. 27-1).

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on February 16, 2024, in La Quinta, California.

*/s/ Rebekah S. Guyon*
REBEKAH S. GUYON

# Exhibit A

**From:** Hannah Hilligoss <hhilligoss@edelson.com>
**Sent:** Wednesday, February 14, 2024 6:43 PM
**To:** Ballon, Ian (Shld-LA-SV-LT-IP-TECH-ENT) <Ballon@gtlaw.com>; O'Carroll, Kristin (Assoc-SFO-LT) <ocarrollK@gtlaw.com>; Guyon, Rebekah S. (SHLD-LA-LT) <Rebekah.Guyon@gtlaw.com>
**Cc:** Jay Edelson <jedelson@edelson.com>; Eli Wade-Scott <ewadescott@edelson.com>; Rafey Balabanian <rbalabanian@edelson.com>; Emily Penkowski <epenkowski@edelson.com>; Michael Ovca <movca@edelson.com>
**Subject:** Melvin v. 23andMe, Inc., 3:24-cv-00487 Correspondence

**\*EXTERNAL TO GT\***

Counsel,

Please see the attached correspondence.

Best,
Hannah

--

## Edelson PC

**Hannah Hilligoss**
350 N LaSalle St, 14th Floor, Chicago, IL 60654
d 773.906.5348, ext. 8756 · t 312.589.6370 · edelson.com