1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MELVIN and J.L, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME, INC.,<br><br>*Defendant*. | CASE NO.  3:24-cv-0487<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING 23ANDME, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION** |

Having reviewed Defendant 23andMe, Inc.'s ("23andMe") Administrative Motion for Leave to File Reply to Plaintiffs' Response to Defendant's Motion for Extension, the Court hereby **GRANTS** 23andMe's motion for leave to file a four-page Reply to Plaintiffs' Response to Defendant's Motion for Extension.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Edward M. Chen
United States District Court Judge